UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                           No. 23CR80-LTS

DENISE GANT (7)

              Defendant(s).
-------------------------------------------------------------X

### ORDER

The Restitution Hearing scheduled for December 14, 2023, is rescheduled to **Wednesday, December 13, 2023, at 10:30 a.m.** in Courtroom 17C.

Dated:  New York, New York
         September 20, 2023

                                                                          /s/ *Laura Taylor Swain*
                                                                           LAURA TAYLOR SWAIN
                                                                           Chief United States District Judge