UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES

  -v-   No.   23-CR-80-LTS-7

DENISE GANT,

        Defendant.

-------------------------------------------------------x

### ORDER

In light of the Order of Restitution entered at DE 175, the Restitution Hearing in this case, currently scheduled to proceed on Wednesday, December 13, 2023, at 10:30 am in Courtroom 17C, is hereby **cancelled**.

SO ORDERED.

Dated: New York, New York
       September 26, 2023

                                                /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge