

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com   c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com   c 917.238.9332

May 8, 2025

## MEMO ENDORSED

Via ECF
The Honorable Laura T. Swain
Chief United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Denise Gant, 23 Cr. 080 (LTS)

Dear Judge Swain:

    I represent Denise Gant in the above captioned case, who was sentenced to two months of home detention and twelve months of supervised release on September 20, 2023. Ms. Gant respectfully requests that her passport be released.

    I have consulted with the government, and they have no objection to this request.

Respectfully Submitted,

_Christine Delince_
Christine Delince, Esq.

---

The foregoing request is granted.  The Office of Pretrial Services is respectfully
directed to return Ms. Gant's passport.
DE 249 is resolved.
SO ORDERED.
May 8, 2025
/s/ Laura Taylor Swain, Chief USDJ